JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation,<br><br>            Plaintiff,<br>    vs.<br><br>LG ELECTRONICS, INC., a Korean Corporation and LG ELECTRONICS USA, INC., a Delaware corporation,<br><br>            Defendants. | CASE NO. CV11-01235 RGK (FMOx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

1    Having carefully considered the parties' Stipulation of Dismissal without
2　Prejudice,
3    **IT IS HEREBY ORDERED THAT** all claims and counterclaims asserted
4　in this action are hereby dismissed without prejudice based on a confidential
5　settlement agreement between the parties. Each party shall bear its own costs and
6　attorneys' fees.
7    **IT IS SO ORDERED.**
8　DATED: August 11, 2011

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE